No. 98–917. INMATES OF D. C. JAIL v. EDWARDS, DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–1057. RIVER WEST, L. P. v. DEAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1375. HARPER ET AL. v. GENERAL ELECTRIC CAPITAL AUTO LEASE, INC. C. A. 7th Cir. Certiorari denied.

No. 98–1403. ROWLAND ET AL. v. RAND. C. A. 9th Cir. Certiorari denied.

No. 98–1452. AMATEL ET AL. v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–1462. SWEENEY v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 98–1503. FIRST FEDERAL BANK OF CALIFORNIA v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–1528. GEORGE v. ABBOTT. C. A. 3d Cir. Certiorari denied.

No. 98–1556. PIASKOWSKI v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 98–1564. MACKEY v. MILAM ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1568. TRAFALGAR CAPITAL ASSOCIATES, INC. v. CUOMO, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1570. SEFICK v. GARDNER ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1595. FITZGERALD v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.